## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOUGLAS W PARKER<br>VIRLENE S PARKER | CASE NO: 15-14323<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 69 & 70<br>Judge: Magdeline D. Coleman<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: March 16 2017 |

On 3/9/2017, I did cause a copy of the following documents, described below,

Notice Application Order to Employ Personal Injury Counsel, 69 & 70

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 3/9/2017

/s/ Stephen M. Dunne
Stephen M. Dunne  208838
Dunne Law Offices P.C.
1515 Market Street Suite 1200
Philadelphia, PA  19102
215-551-7109
stephen@dunnelawoffices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOUGLAS W PARKER<br>VIRLENE S PARKER | CASE NO: 15-14323<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 69 & 70<br>Judge: Magdeline D. Coleman<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: March 16 2017 |

On 3/9/2017, a copy of the following documents, described below,

Notice Application Order to Employ Personal Injury Counsel, 69 & 70

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/9/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dunne Law Offices P.C.
Stephen M. Dunne
1515 Market Street Suite 1200
Philadelphia, PA  19102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| 1  LABEL MATRIX FOR LOCAL NOTICING<br>03132<br>CASE 15-14323-MDC<br>EASTERN DISTRICT OF PENNSYLVANIA<br>PHILADELPHIA<br>THU MAR 9 11-10-56 EST 2017 | 2  CAPITAL ONE AUTO FINANCE<br>PO BOX 201347<br>ARLINGTON TX 76006-1347 | 3  PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 |
| 4  SANTANDER CONSUMER USA INC<br>PO BOX 562088 SUITE 900 NORTH<br>DALLAS TX 75356-2088 | 5  SANTANDER CONSUMER USA INC<br>PO BOX 560284<br>DALLAS TX 75356-0284 | 6  PHILADELPHIA<br>900 MARKET STREET<br>SUITE 400<br>PHILADELPHIA PA 19107-4233 |
| 7  AESBARCLAYS BANK PLC<br>PO BOX 61047<br>HARRISBURG PA 17106-1047 | 8  AMERICAN INFOSOURCE LP AS AGENT FOR<br>VERIZON<br>PO BOX 248838<br>OKLAHOMA CITY OK 73124-8838 | 9  ATLAS ACQUISITIONS LLC<br>ON BEHALF OF OLIPHANT FINANCIAL LLC<br>294 UNION ST<br>HACKENSACK NJ 07601-4303 |
| 10  BANK OF AMERICA<br>1800 TAPO CANYON RD<br>SIMI VALLEY CA 93063-6712 | 11  BANK OF AMERICA<br>ATTN CORRESPONDENCE UNITCA69190241<br>PO BOX 5170<br>SIMI VALLEY CA 93062-5170 | 12  CITY OF PHILADELPHIA LAW<br>DEPARTMENT TAX UN<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F KENNEDY BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1617 |
| 13  CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | 14  CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | 15  CAPITAL ONE<br>PO BOX 30253<br>SALT LAKE CITY UT 84130-0253 |
| 16  CAPITAL ONE AUTO FINANCE<br>3905 N DALLAS PKWY<br>PLANO TX 75093-7892 | 17  CAPITAL ONE AUTO FINANCE<br>CREDIT BUREAU DISP<br>PLANO TX 75025 | 18  CAPITAL ONE AUTO FINANCE A<br>DIVISION OF CAPI<br>PO BOX 201347<br>ARLINGTON TX 76006-1347 |
| 19  CAPITAL ONE AUTO FINANCE CO<br>ASCENSION CAPI<br>PO BOX 201347<br>ARLINGTON TX 76006-1347 | 20  CHASE AUTO<br>ATTN NATIONAL BANKRUPTCY DEPT<br>PO BOX 29505<br>PHOENIX AZ 85038-9505 | 21  CHASE AUTO<br>PO BOX 901003<br>FORT WORTH TX 76101-2003 |
| 22  CHESTNUT HILL HOSPITAL<br>8835 GERMANTOWN AVENUE<br>PHILADELPHIA PA 19118-2765 | 23  CITY OF PHILADELPHIA<br>TAXPAYER SERVICES<br>1401 JFK BOULEVARD<br>PHILADELPHIA PA 19102 | 24  COMENITY BANKNEW YORK  COMPANY<br>ATTENTION BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| 25  COMENITY BANKNEW YORK  COMPANY<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | 26  COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR AND INDUSTRY<br>1400 SPRING GARDEN STREET<br>PHILADELPHIA PA 19130-4402 | 27  CONRAD CR CO<br>476 W VERMONT AVE<br>ESCONDIDO CA 92025-6529 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28  CONRAD CR CO                   29  DELMARVA COLLEGE              30  ECMC
    ATTNBANKRUPTCY DEPT                POB 37                            101 E FIFTH ST
    476 W VERMONT AVE                  SALISBURY MD 21803-0037           SAINT PAUL MN 55101-7515
    ESCONDIDO CA 92025-6529

31  ECMC                           32  EINSTEIN HEALTHCARE NETWORK   33  EINSTEIN HEALTHCARE NETWORK
    PO BOX 16408                       101 E OLNEY AVENUE                5501 OLD YORK ROAD
    ST PAUL MN 55116-0408              SUITE 301                         PHILADELPHIA PA 19141-3018
                                       PHILADELPHIA PA 19120-2470

34  FIRST PREMIER BANK             35  GINNYSSWISS COLONY INC        36  GINNYSSWISS COLONY INC
    601 S MINNESOTA AVE                1112 7TH AVE                      ATTN BANKRUPTCY
    SIOUX FALLS SD 57104-4868          MONROE WI 53566-1364              1112 7TH AVE
                                                                         MONROE WI 53566-1364

37  GRIMLEY FINANCIAL CORPORATION  38  INTERNAL REVENUE SERVICE      39  JEFFERSON HOSPITAL
    30 WASHINGTON AVENUE               CENTRALIZED INSOLVENCY OPERATIONS PO BOX 85003100
    SUITE C-6                          PO BOX 7346                       PHILADELPHIA PA 19178-0001
    HADDONFIELD NJ 08033-3341          PHILADELPHIA PA 19101-7346

40  LVNV FUNDING LLC ITS SUCCESSORS 41 LVNV FUNDING LLC              42  MT BANK
    AND ASSIGNS                        625 PILOT ROAD SUITE 23           LEGAL DOCUMENT PROCESSING
    ASSIGNEE OF NCOP XI LLC            LAS VEGAS NV 89119-4485           1100 WHERLE DRIVE
    RESURGENT CAPITAL SERVICES                                           WILLIAMSVILLE NY 14221-7748
    PO BOX 10587
    GREENVILLE SC 29603-0587

43  MIDLAND FUNDING                44  NATIONAL CREDIT ADJUST        45  NATIONAL CREDIT ADJUST
    8875 AERO DR STE 200               PO BOX 550                        PO BOX 3023
    SAN DIEGO CA 92123-2255            HUTCHINSON KS 67504-0550          HUTCHINSON KS 67504-3023

46  NATIONAL CREDIT ADJUSTERS LLC  47  OFFICE OF UC BENEFITS         48  PECO
    ATTN MICHAEL SWANSON               CLAIMAINT SERVICES                2301 MARKET STREET N31
    PO BOX 3023                        PO BOX 67503                      PHILADELPHIA PA 19103-1380
    HUTCHINSON KS 67504-3023           HARRISBURG PA 17106-7503

49  PECO ENERGY COMPANY            50  PENN MEDICINE                 51  PENN MEDICINE
    ATTN MERRICK FRIEL                 PO BOX 824406                     UPHS PHYSICIANS PATIENT PAY
    2301 MARKET STREET S23-1           PHILADELPHIA PA 19182-4406        PO BOX 824406
    PHILADELPHIA PA 19103-1380                                           PHILADELPHIA PA 19182-4406

52  PHILADELPHIA GAS WORKS         53  PREMIER BANKCARD LLC          54  PROFESSNL ACCT MGMT IN
    800 W MONTGOMERY AVE               C O JEFFERSON CAPITAL SYSTEMS LLC 633 W WISCONSIN AV
    PHILA PA 19122-2898                PO BOX 7999                       MILWAUKEE WI 53203-1920
                                       SAINT CLOUD MN 56302-7999
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
55  PROFESSNL ACCT MGMT IN           56  SANTANDER CONSUMER USA          57  SEVENTH AVENUE
 PAM PO BOX 391                       PO BOX 961245                       1112 7TH AVE
 MILWAUKEE WI 53201-0391              FT WORTH TX 76161-0244              MONROE WI 53566-1364


58  SLM FINANCIAL CORP               59  TD AUTO FINANCE                 60  TNB   TARGET
 PO BOX 9500                          2777 FRANKLIN RD                    CO TARGET CREDIT SERVICES
 WILKES BARRE PA 18773-9500           FARMINGTON HILLS MI 48334           MINNEAPOLIS MN 55440


61  UNITED STATES TRUSTEE            62  UNIVERSITY OF PENNSYLVANIA      63  VERIZON
 OFFICE OF THE US TRUSTEE             PO BOX 759500                       500 TECHNOLOGY DR STE 30
 833 CHESTNUT STREET                  PHILADELPHIA PA 19175-0001          WELDON SPRING MO 63304-2225
 SUITE 500
 PHILADELPHIA PA 19107-4405


DEBTOR
64  DOUGLAS W PARKER                 65  STEPHEN MATTHEW DUNNE           66  VIRLENE S PARKER
 4013 NORTH 12TH STREET               DUNNE LAW OFFICES PC                46 TOWNSHIP LINE ROAD APT 330
 PHILADELPHIA PA 19140-2101           1515 MARKET STREET                  ELKINS PARK PA 19027-2236
                                      SUITE 1200
                                      PHILADELPHIA PA 19102-1932


67  WILLIAM C MILLER
 CHAPTER 13 TRUSTEE
 1234 MARKET STREET
 SUITE 1813
 PHILADELPHIA PA 19107-3704
```