UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  DOUGLAS W PARKER<br>VIRLENE S PARKER | CASE NO: 15-14323<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 73<br>Judge: Magdeline D. Coleman<br>Hearing Location: US Bankruptcy Court 900 Market Street Courtroom No. 2 Philadelphia PA 19107<br>Hearing Date: 04/06/17<br>Hearing Time: 11:00 AM<br>Response Date: 03/26/17 |

On 3/10/2017, I did cause a copy of the following documents, described below,

Notice of Motion to Seal; Motion; Proposed Order, 73

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 3/10/2017

/s/ Stephen M. Dunne
Stephen M. Dunne  208838
Dunne Law Offices P.C.
1515 Market Street Suite 1200
Philadelphia, PA  19102
 215-551-7109
stephen@dunnelawoffices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOUGLAS W PARKER<br>VIRLENE S PARKER | CASE NO: 15-14323<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 73<br>Judge: Magdeline D. Coleman<br>Hearing Location: US Bankruptcy Court 900 Market Street<br>Courtroom No. 2 Philadelphia PA 19107<br>Hearing Date: 04/06/17<br>Hearing Time: 11:00 AM |

On 3/10/2017, a copy of the following documents, described below,

Notice of Motion to Seal; Motion; Proposed Order, 73

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/10/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dunne Law Offices P.C.
Stephen M. Dunne
1515 Market Street Suite 1200
Philadelphia, PA  19102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| 1  LABEL MATRIX FOR LOCAL NOTICING<br>03132<br>CASE 15-14323-MDC<br>EASTERN DISTRICT OF PENNSYLVANIA<br>PHILADELPHIA<br>FRI MAR 10 12-29-40 EST 2017 | 2  CAPITAL ONE AUTO FINANCE<br>PO BOX 201347<br>ARLINGTON TX 76006-1347 | 3  PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 |
| 4  SANTANDER CONSUMER USA INC<br>PO BOX 562088 SUITE 900 NORTH<br>DALLAS TX 75356-2088 | 5  SANTANDER CONSUMER USA INC<br>PO BOX 560284<br>DALLAS TX 75356-0284 | 6  PHILADELPHIA<br>900 MARKET STREET<br>SUITE 400<br>PHILADELPHIA PA 19107-4233 |
| 7  AESBARCLAYS BANK PLC<br>PO BOX 61047<br>HARRISBURG PA 17106-1047 | 8  AMERICAN INFOSOURCE LP AS AGENT FOR<br>VERIZON<br>PO BOX 248838<br>OKLAHOMA CITY OK 73124-8838 | 9  ATLAS ACQUISITIONS LLC<br>ON BEHALF OF OLIPHANT FINANCIAL LLC<br>294 UNION ST<br>HACKENSACK NJ 07601-4303 |
| 10  BANK OF AMERICA<br>1800 TAPO CANYON RD<br>SIMI VALLEY CA 93063-6712 | 11  BANK OF AMERICA<br>ATTN CORRESPONDENCE UNITCA69190241<br>PO BOX 5170<br>SIMI VALLEY CA 93062-5170 | 12  CITY OF PHILADELPHIA LAW<br>DEPARTMENT TAX UN<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F KENNEDY BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1617 |
| 13  CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | 14  CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | 15  CAPITAL ONE<br>PO BOX 30253<br>SALT LAKE CITY UT 84130-0253 |
| 16  CAPITAL ONE AUTO FINANCE<br>3905 N DALLAS PKWY<br>PLANO TX 75093-7892 | 17  CAPITAL ONE AUTO FINANCE<br>CREDIT BUREAU DISP<br>PLANO TX 75025 | 18  CAPITAL ONE AUTO FINANCE A<br>DIVISION OF CAPI<br>PO BOX 201347<br>ARLINGTON TX 76006-1347 |
| 19  CAPITAL ONE AUTO FINANCE CO<br>ASCENSION CAPI<br>PO BOX 201347<br>ARLINGTON TX 76006-1347 | 20  CHASE AUTO<br>ATTN NATIONAL BANKRUPTCY DEPT<br>PO BOX 29505<br>PHOENIX AZ 85038-9505 | 21  CHASE AUTO<br>PO BOX 901003<br>FORT WORTH TX 76101-2003 |
| 22  CHESTNUT HILL HOSPITAL<br>8835 GERMANTOWN AVENUE<br>PHILADELPHIA PA 19118-2765 | 23  CITY OF PHILADELPHIA<br>TAXPAYER SERVICES<br>1401 JFK BOULEVARD<br>PHILADELPHIA PA 19102 | 24  COMENITY BANKNEW YORK  COMPANY<br>ATTENTION BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| 25  COMENITY BANKNEW YORK  COMPANY<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | 26  COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR AND INDUSTRY<br>1400 SPRING GARDEN STREET<br>PHILADELPHIA PA 19130-4402 | 27  CONRAD CR CO<br>476 W VERMONT AVE<br>ESCONDIDO CA 92025-6529 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 28  CONRAD CR CO<br>ATTNBANKRUPTCY DEPT<br>476 W VERMONT AVE<br>ESCONDIDO CA 92025-6529 | 29  DELMARVA COLLEGE<br>POB 37<br>SALISBURY MD 21803-0037 | 30  ECMC<br>101 E FIFTH ST<br>SAINT PAUL MN 55101-7515 |
| 31  ECMC<br>PO BOX 16408<br>ST PAUL MN 55116-0408 | 32  EINSTEIN HEALTHCARE NETWORK<br>101 E OLNEY AVENUE<br>SUITE 301<br>PHILADELPHIA PA 19120-2470 | 33  EINSTEIN HEALTHCARE NETWORK<br>5501 OLD YORK ROAD<br>PHILADELPHIA PA 19141-3018 |
| 34  FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS SD 57104-4868 | 35  GINNYSSWISS COLONY INC<br>1112 7TH AVE<br>MONROE WI 53566-1364 | 36  GINNYSSWISS COLONY INC<br>ATTN BANKRUPTCY<br>1112 7TH AVE<br>MONROE WI 53566-1364 |
| 37  GRIMLEY FINANCIAL CORPORATION<br>30 WASHINGTON AVENUE<br>SUITE C-6<br>HADDONFIELD NJ 08033-3341 | 38  INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 39  JEFFERSON HOSPITAL<br>PO BOX 85003100<br>PHILADELPHIA PA 19178-0001 |
| 40  LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>ASSIGNEE OF NCOP XI LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | 41  LVNV FUNDING LLC<br>625 PILOT ROAD SUITE 23<br>LAS VEGAS NV 89119-4485 | 42  MT BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 |
| 43  MIDLAND FUNDING<br>8875 AERO DR STE 200<br>SAN DIEGO CA 92123-2255 | 44  NATIONAL CREDIT ADJUST<br>PO BOX 550<br>HUTCHINSON KS 67504-0550 | 45  NATIONAL CREDIT ADJUST<br>PO BOX 3023<br>HUTCHINSON KS 67504-3023 |
| 46  NATIONAL CREDIT ADJUSTERS LLC<br>ATTN MICHAEL SWANSON<br>PO BOX 3023<br>HUTCHINSON KS 67504-3023 | 47  OFFICE OF UC BENEFITS<br>CLAIMAINT SERVICES<br>PO BOX 67503<br>HARRISBURG PA 17106-7503 | 48  PECO<br>2301 MARKET STREET N31<br>PHILADELPHIA PA 19103-1380 |
| 49  PECO ENERGY COMPANY<br>ATTN MERRICK FRIEL<br>2301 MARKET STREET S23-1<br>PHILADELPHIA PA 19103-1380 | 50  PENN MEDICINE<br>PO BOX 824406<br>PHILADELPHIA PA 19182-4406 | 51  PENN MEDICINE<br>UPHS PHYSICIANS PATIENT PAY<br>PO BOX 824406<br>PHILADELPHIA PA 19182-4406 |
| 52  PHILADELPHIA GAS WORKS<br>800 W MONTGOMERY AVE<br>PHILA PA 19122-2898<br>ATTN- BANKRUPTCY DEPT 3F | 53  PREMIER BANKCARD LLC<br>C O JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | 54  PROFESSNL ACCT MGMT IN<br>633 W WISCONSIN AV<br>MILWAUKEE WI 53203-1920 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
55  PROFESSNL ACCT MGMT IN          56  SANTANDER CONSUMER USA         57  SEVENTH AVENUE
    PAM PO BOX 391                      PO BOX 961245                      1112 7TH AVE
    MILWAUKEE WI 53201-0391             FT WORTH TX 76161-0244             MONROE WI 53566-1364


58  SLM FINANCIAL CORP              59  TD AUTO FINANCE                60  TNB   TARGET
    PO BOX 9500                         2777 FRANKLIN RD                   CO TARGET CREDIT SERVICES
    WILKES BARRE PA 18773-9500          FARMINGTON HILLS MI 48334          MINNEAPOLIS MN 55440


61  UNITED STATES TRUSTEE           62  UNIVERSITY OF PENNSYLVANIA     63  VERIZON
    OFFICE OF THE US TRUSTEE            PO BOX 759500                      500 TECHNOLOGY DR STE 30
    833 CHESTNUT STREET                 PHILADELPHIA PA 19175-0001         WELDON SPRING MO 63304-2225
    SUITE 500
    PHILADELPHIA PA 19107-4405


DEBTOR
64  DOUGLAS W PARKER                65  STEPHEN MATTHEW DUNNE          66  VIRLENE S PARKER
    4013 NORTH 12TH STREET              DUNNE LAW OFFICES PC               46 TOWNSHIP LINE ROAD APT 330
    PHILADELPHIA PA 19140-2101          1515 MARKET STREET                 ELKINS PARK PA 19027-2236
                                        SUITE 1200
                                        PHILADELPHIA PA 19102-1932


67  WILLIAM C MILLER
    CHAPTER 13 TRUSTEE
    1234 MARKET STREET
    SUITE 1813
    PHILADELPHIA PA 19107-3704
```