# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| **DOUGLAS W. PARKER** | : | |
| **VIRLENE S. PARKER** | : | |
|     **DEBTORS** | : | CASE NO:   15-14323-MDC |
| | : | |

## CERTIFICATION OF NO RESPONSE

I, STEPHEN M. DUNNE, ESQUIRE, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Application to Employ Personal Injury Counsel.

Respectfully submitted:

DUNNE LAW OFFICES. P.C.

Dated: March 20, 2017

By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
Attorney for Debtor
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109  Phone