## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| DOUGLAS W. PARKER | : | |
| VIRLENE S. PARKER | : | |
|     DEBTORS | : | CASE NO:    15-14323-MDC |
| _____ | : | |

### ORDER APPROVING EMPLOYMENT OF PERSONAL INJURY COUNSEL

This matter is before the Court upon the Application of Richard K. Washington, Jr., Esquire of the firm R.K. Washington, Jr., & Associates, P.C filed March 8, 2017, to represent the Debtor and the estate in a claim for damages against CSX Corporation and no response having been filed thereto, and the Court having reviewed the Application and for cause shown,

**IT IS ORDERED** that the Application of Richard K. Washington, Jr., Esquire of the firm R.K. Washington, Jr., & Associates, P.C filed March 8, 2017, to represent the Debtor, Douglas W. Parker, and the estate in a personal injury claim is approved. No final settlement or any disbursements shall be made from this matter without prior notice and approval of the Court.

**IT IS SO ORDERED.**

                                                     BY THE COURT

                                                    _____

March 24, 2017                                      Hon. Magdeline D. Coleman
                                                        U.S. BANKRUPTCY JUDGE

cc:    William C. Miller, Esq.
          Chapter 13 Trustee
          1234 Market Street, Suite 1813
          Philadelphia, PA 19107