United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-14323-mdc
Douglas W Parker                                                Chapter 13
Virlene S Parker
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP             Page 1 of 1              Date Rcvd: Mar 24, 2017
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.
db         +Douglas W Parker,    4013 North 12th Street,   Philadelphia, PA 19140-2101
jdb        +Virlene S Parker,    46 Township Line Road, Apt. 330,   Elkins Park, PA 19027-2236
op         +Richard K Washington, Jr.,   213 Ravenwood Road,   Exton, PA 19341-1487

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              STEPHEN MATTHEW DUNNE    on behalf of Joint Debtor Virlene S Parker bestcasestephen@gmail.com
              STEPHEN MATTHEW DUNNE    on behalf of U.S. Trustee    United States Trustee
               bestcasestephen@gmail.com
              STEPHEN MATTHEW DUNNE    on behalf of Trustee WILLIAM C. MILLER bestcasestephen@gmail.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Douglas W Parker bestcasestephen@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| DOUGLAS W. PARKER | : | |
| VIRLENE S. PARKER | : | |
| DEBTORS | : | CASE NO:    15-14323-MDC |
| _____ | : | |

### ORDER APPROVING EMPLOYMENT OF PERSONAL INJURY COUNSEL

This matter is before the Court upon the Application of Richard K. Washington, Jr., Esquire of the firm R.K. Washington, Jr., & Associates, P.C filed March 8, 2017, to represent the Debtor and the estate in a claim for damages against CSX Corporation and no response having been filed thereto, and the Court having reviewed the Application and for cause shown,

**IT IS ORDERED** that the Application of Richard K. Washington, Jr., Esquire of the firm R.K. Washington, Jr., & Associates, P.C filed March 8, 2017, to represent the Debtor, Douglas W. Parker, and the estate in a personal injury claim is approved. No final settlement or any disbursements shall be made from this matter without prior notice and approval of the Court.

**IT IS SO ORDERED.**

BY THE COURT

March 24, 2017

_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:    William C. Miller, Esq.
       Chapter 13 Trustee
       1234 Market Street, Suite 1813
       Philadelphia, PA 19107