# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  DOUGLAS W PARKER<br>VIRLENE S PARKER | CASE NO: 15-14323<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 81 & 82<br>Judge: Magdeline D. Coleman<br>Hearing Location: US Bankruptcy Court 900 Market Street Courtroom No. 2  Philadelphia PA 19107<br>Hearing Date: 05-11-2017<br>Hearing Time: 11:00 AM<br>Response Date: 05-03-2017 |

On 4/12/2017, I did cause a copy of the following documents, described below,

Notice Motion Order Exhibits Approving Personal Injury Settlement and Counsel Fees, 81 & 82

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 4/12/2017

/s/ Stephen M. Dunne
Stephen M. Dunne  208838
Dunne Law Offices P.C.
1515 Market Street Suite 1200
Philadelphia, PA  19102
 215-551-7109
stephen@dunnelawoffices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOUGLAS W PARKER<br>VIRLENE S PARKER | CASE NO: 15-14323<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 81 & 82<br>Judge: Magdeline D. Coleman<br>Hearing Location: US Bankruptcy Court 900 Market Street<br>Courtroom No. 2  Philadelphia PA 19107<br>Hearing Date: 05-11-2017<br>Hearing Time: 11:00 AM |

On 4/12/2017, a copy of the following documents, described below,

Notice Motion Order Exhibits Approving Personal Injury Settlement and Counsel Fees, 81 & 82

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/12/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dunne Law Offices P.C.
Stephen M. Dunne
1515 Market Street Suite 1200
Philadelphia, PA  19102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1  LABEL MATRIX FOR LOCAL NOTICING
   03132
   CASE 15-14323-MDC
   EASTERN DISTRICT OF PENNSYLVANIA
   PHILADELPHIA
   WED APR 12 11-07-53 EDT 2017

2  CAPITAL ONE AUTO FINANCE
   PO BOX 201347
   ARLINGTON TX 76006-1347

3  PERITUS PORTFOLIO SERVICES II LLC
   PO BOX 141419
   IRVING TX 75014-1419

4  SANTANDER CONSUMER USA INC
   PO BOX 562088 SUITE 900 NORTH
   DALLAS TX 75356-2088

5  SANTANDER CONSUMER USA INC
   PO BOX 560284
   DALLAS TX 75356-0284

6  PHILADELPHIA
   900 MARKET STREET
   SUITE 400
   PHILADELPHIA PA 19107-4233

7  AESBARCLAYS BANK PLC
   PO BOX 61047
   HARRISBURG PA 17106-1047

8  AMERICAN INFOSOURCE LP AS AGENT FOR
   VERIZON
   PO BOX 248838
   OKLAHOMA CITY OK 73124-8838

9  ATLAS ACQUISITIONS LLC
   ON BEHALF OF OLIPHANT FINANCIAL LLC
   294 UNION ST
   HACKENSACK NJ 07601-4303

10 □ BANK OF AMERICA
   1800 TAPO CANYON RD
   SIMI VALLEY CA 93063-6712

11 □ BANK OF AMERICA
   ATTN CORRESPONDENCE UNITCA69190241
   PO BOX 5170
   SIMI VALLEY CA 93062-5170

12  CITY OF PHILADELPHIA LAW
    DEPARTMENT TAX UN
    MUNICIPAL SERVICES BUILDING
    1401 JOHN F KENNEDY BLVD 5TH FLOOR
    PHILADELPHIA PA 19102-1617

13  CAPITAL ONE
    PO BOX 30285
    SALT LAKE CITY UT 84130-0285

14  CAPITAL ONE
    ATTN BANKRUPTCY
    PO BOX 30285
    SALT LAKE CITY UT 84130-0285

15  CAPITAL ONE
    PO BOX 30253
    SALT LAKE CITY UT 84130-0253

16  CAPITAL ONE AUTO FINANCE
    3905 N DALLAS PKWY
    PLANO TX 75093-7892

17  CAPITAL ONE AUTO FINANCE
    CREDIT BUREAU DISP
    PLANO TX 75025

18  CAPITAL ONE AUTO FINANCE A
    DIVISION OF CAPI
    PO BOX 201347
    ARLINGTON TX 76006-1347

19  CAPITAL ONE AUTO FINANCE CO
    ASCENSION CAPI
    PO BOX 201347
    ARLINGTON TX 76006-1347

20  CHASE AUTO
    ATTN NATIONAL BANKRUPTCY DEPT
    PO BOX 29505
    PHOENIX AZ 85038-9505

21  CHASE AUTO
    PO BOX 901003
    FORT WORTH TX 76101-2003

22  CHESTNUT HILL HOSPITAL
    8835 GERMANTOWN AVENUE
    PHILADELPHIA PA 19118-2765

23  CITY OF PHILADELPHIA
    TAXPAYER SERVICES
    1401 JFK BOULEVARD
    PHILADELPHIA PA 19102

24  COMENITY BANKNEW YORK  COMPANY
    ATTENTION BANKRUPTCY
    PO BOX 182125
    COLUMBUS OH 43218-2125

25  COMENITY BANKNEW YORK  COMPANY
    PO BOX 182789
    COLUMBUS OH 43218-2789

26  COMMONWEALTH OF PENNSYLVANIA
    DEPARTMENT OF LABOR AND INDUSTRY
    1400 SPRING GARDEN STREET
    PHILADELPHIA PA 19130-4402

27  CONRAD CR CO
    476 W VERMONT AVE
    ESCONDIDO CA 92025-6529

```
28  CONRAD CR CO                    29  DELMARVA COLLEGE                30  ECMC
    ATTNBANKRUPTCY DEPT                  POB 37                             101 E FIFTH ST
    476 W VERMONT AVE                    SALISBURY MD 21803-0037            SAINT PAUL MN 55101-7515
    ESCONDIDO CA 92025-6529


31  ECMC                            32  EINSTEIN HEALTHCARE NETWORK     33  EINSTEIN HEALTHCARE NETWORK
    PO BOX 16408                         101 E OLNEY AVENUE                 5501 OLD YORK ROAD
    ST PAUL MN 55116-0408                SUITE 301                          PHILADELPHIA PA 19141-3018
                                         PHILADELPHIA PA 19120-2470


34  FIRST PREMIER BANK              35  GINNYSSWISS COLONY INC          36  GINNYSSWISS COLONY INC
    601 S MINNESOTA AVE                  1112 7TH AVE                       ATTN BANKRUPTCY
    SIOUX FALLS SD 57104-4868            MONROE WI 53566-1364               1112 7TH AVE
                                                                            MONROE WI 53566-1364


37  GRIMLEY FINANCIAL CORPORATION   38  INTERNAL REVENUE SERVICE        39  JEFFERSON HOSPITAL
    30 WASHINGTON AVENUE                 CENTRALIZED INSOLVENCY OPERATIONS  PO BOX 85003100
    SUITE C-6                            PO BOX 7346                        PHILADELPHIA PA 19178-0001
    HADDONFIELD NJ 08033-3341            PHILADELPHIA PA 19101-7346


40  LVNV FUNDING LLC ITS SUCCESSORS 41  LVNV FUNDING LLC                42  MT BANK
    AND ASSIGNS                          625 PILOT ROAD SUITE 23            LEGAL DOCUMENT PROCESSING
    ASSIGNEE OF NCOP XI LLC              LAS VEGAS NV 89119-4485            1100 WHERLE DRIVE
    RESURGENT CAPITAL SERVICES                                              WILLIAMSVILLE NY 14221-7748
    PO BOX 10587
    GREENVILLE SC 29603-0587


43  MIDLAND FUNDING                 44  NATIONAL CREDIT ADJUST          45  NATIONAL CREDIT ADJUST
    8875 AERO DR STE 200                 PO BOX 550                         PO BOX 3023
    SAN DIEGO CA 92123-2255              HUTCHINSON KS 67504-0550           HUTCHINSON KS 67504-3023


46  NATIONAL CREDIT ADJUSTERS LLC   47  OFFICE OF UC BENEFITS           48  PECO
    ATTN MICHAEL SWANSON                 CLAIMAINT SERVICES                 2301 MARKET STREET N31
    PO BOX 3023                          PO BOX 67503                       PHILADELPHIA PA 19103-1380
    HUTCHINSON KS 67504-3023             HARRISBURG PA 17106-7503


49  PECO ENERGY COMPANY             50  PENN MEDICINE                   51  PENN MEDICINE
    ATTN MERRICK FRIEL                   PO BOX 824406                      UPHS PHYSICIANS PATIENT PAY
    2301 MARKET STREET S23-1             PHILADELPHIA PA 19182-4406         PO BOX 824406
    PHILADELPHIA PA 19103-1380                                              PHILADELPHIA PA 19182-4406


52  PHILADELPHIA GAS WORKS          53  PREMIER BANKCARD LLC            54  PROFESSNL ACCT MGMT IN
    800 W MONTGOMERY AVE                 C O JEFFERSON CAPITAL SYSTEMS LLC  633 W WISCONSIN AV
    PHILA PA 19122-2898                  PO BOX 7999                        MILWAUKEE WI 53203-1920
    ATTN- BANKRUPTCY DEPT 3F             SAINT CLOUD MN 56302-7999
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
 55  PROFESSNL ACCT MGMT IN          56  SANTANDER CONSUMER USA         57  SEVENTH AVENUE
  PAM PO BOX 391                       PO BOX 961245                      1112 7TH AVE
  MILWAUKEE WI 53201-0391               FT WORTH TX 76161-0244             MONROE WI 53566-1364



 58  SLM FINANCIAL CORP              59  TD AUTO FINANCE                60  TNB   TARGET
  PO BOX 9500                          2777 FRANKLIN RD                   CO TARGET CREDIT SERVICES
  WILKES BARRE PA 18773-9500            FARMINGTON HILLS MI 48334          MINNEAPOLIS MN 55440



 61  UNITED STATES TRUSTEE           62  UNIVERSITY OF PENNSYLVANIA     63  VERIZON
  OFFICE OF THE US TRUSTEE             PO BOX 759500                      500 TECHNOLOGY DR STE 30
  833 CHESTNUT STREET                   PHILADELPHIA PA 19175-0001         WELDON SPRING MO 63304-2225
  SUITE 500
  PHILADELPHIA PA 19107-4405


DEBTOR
 64  DOUGLAS W PARKER                65  RICHARD K WASHINGTON JR        66  STEPHEN MATTHEW DUNNE
  4013 NORTH 12TH STREET               1650 MARKET STREET                 DUNNE LAW OFFICES PC
  PHILADELPHIA PA 19140-2101            STE 3600                           1515 MARKET STREET
                                        PHILADELPHIA PA 19103-7334         SUITE 1200
                                                                           PHILADELPHIA PA 19102-1932


 67  VIRLENE S PARKER                68  WILLIAM C MILLER
  46 TOWNSHIP LINE ROAD APT 330        CHAPTER 13 TRUSTEE
  ELKINS PARK PA 19027-2236             1234 MARKET STREET
                                        SUITE 1813
                                        PHILADELPHIA PA 19107-3704
```