IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| DOUGLAS W. PARKER | : | |
| VIRLENE S. PARKER | : | |
| DEBTORS | : | CASE NO:    15-14323-MDC |
| | : | |

## ORDER

AND NOW, this _17th_ day of _May_ 2017, upon consideration of the Debtor's Motion pursuant to Bankruptcy Rule 9019 to Approve Personal Injury Settlement and Compensation of Personal Injury Counsel, it is hereby ORDERED and DECREED that said Motion is GRANTED. Distribution of the Personal Injury Settlement shall occur as follows:

1. Legal Fees in the amount of $80,000.00 shall be paid to Richard K. Washington, Jr., Esquire of the firm R.K. Washington, Jr., & Associates, P.C. upon entry of this order.

2. Litigation Expenses in the amount of $30,258.36 shall be paid to Richard K. Washington, Jr., Esquire of the firm R.K. Washington, Jr., & Associates, P.C. upon entry of this order.

3. Medical Lien in the amount of $24,382.27 shall be paid to Central States, Southeast and Southwest Areas Health and Welfare Fund, commonly known as TeamCare upon entry of this order.

4. Debtor's Net Recovery in the amount of $65,359.37 shall be held in the Interest on Lawyer Trust Account (IOLTA) of Richard K. Washington, Jr., Esquire until further order of the Court.

BY THE COURT

_Magdeline D. C_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:    William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107