United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Douglas W Parker  
Virlene S Parker  
      Debtors

Case No. 15-14323-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: PaulP　　　Page 1 of 1　　　Date Rcvd: May 18, 2017  
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2017.  
db　　　　+Douglas W Parker,　4013 North 12th Street,　Philadelphia, PA 19140-2101  
jdb　　　 +Virlene S Parker,　46 Township Line Road, Apt. 330,　Elkins Park, PA 19027-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2017 at the address(es) listed below:  
     ANDREW F GORNALL　 on behalf of Creditor　 Lakeview Loan Servicing, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
     BRIAN CRAIG NICHOLAS　 on behalf of Creditor　 Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
     JACQUELINE M. CHANDLER　 on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
     JASON BRETT SCHWARTZ　 on behalf of Creditor　 Capital One Auto Finance jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
     MARTIN A. MOONEY　 on behalf of Creditor　 Capital One Auto Finance, a division of Capital One N.A. tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com  
     MARTIN A. MOONEY　 on behalf of Creditor　 Capital One Auto Finance tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com  
     STEPHEN MATTHEW DUNNE　 on behalf of Trustee WILLIAM C. MILLER, Esq. bestcasestephen@gmail.com  
     STEPHEN MATTHEW DUNNE　 on behalf of U.S. Trustee　 United States Trustee bestcasestephen@gmail.com  
     STEPHEN MATTHEW DUNNE　 on behalf of Debtor Douglas W Parker bestcasestephen@gmail.com  
     STEPHEN MATTHEW DUNNE　 on behalf of Joint Debtor Virlene S Parker bestcasestephen@gmail.com  
     THOMAS I. PULEO　 on behalf of Creditor　 Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
     United States Trustee　 USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.　 ecfemails@ph13trustee.com, philaecf@gmail.com  
     WILLIAM EDWARD CRAIG　 on behalf of Creditor　 Santander Consumer USA, Inc. mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| DOUGLAS W. PARKER | : | |
| VIRLENE S. PARKER | : | |
| DEBTORS | : | CASE NO: 15-14323-MDC |
| | : | |

## ORDER

AND NOW, this __17th__ day of __May__ 2017, upon consideration of the Debtor's Motion pursuant to Bankruptcy Rule 9019 to Approve Personal Injury Settlement and Compensation of Personal Injury Counsel, it is hereby ORDERED and DECREED that said Motion is GRANTED. Distribution of the Personal Injury Settlement shall occur as follows:

1. Legal Fees in the amount of $80,000.00 shall be paid to Richard K. Washington, Jr., Esquire of the firm R.K. Washington, Jr., & Associates, P.C. upon entry of this order.

2. Litigation Expenses in the amount of $30,258.36 shall be paid to Richard K. Washington, Jr., Esquire of the firm R.K. Washington, Jr., & Associates, P.C. upon entry of this order.

3. Medical Lien in the amount of $24,382.27 shall be paid to Central States, Southeast and Southwest Areas Health and Welfare Fund, commonly known as TeamCare upon entry of this order.

4. Debtor's Net Recovery in the amount of $65,359.37 shall be held in the Interest on Lawyer Trust Account (IOLTA) of Richard K. Washington, Jr., Esquire until further order of the Court.

BY THE COURT

_Magdeline D. C_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc: William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107