United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Douglas W Parker
Virlene S Parker
    Debtors

Case No. 15-14323-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: May 19, 2017
Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2017.
db    +Douglas W Parker,    4013 North 12th Street,    Philadelphia, PA 19140-2101
jdb   +Virlene S Parker,    46 Township Line Road, Apt. 330,    Elkins Park, PA 19027-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2017 at the address(es) listed below:
    ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
    BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
    JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
    JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
    MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance, a division of Capital One N.A. tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com
    MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com
    STEPHEN MATTHEW DUNNE    on behalf of Trustee WILLIAM C. MILLER, Esq. bestcasestephen@gmail.com
    STEPHEN MATTHEW DUNNE    on behalf of U.S. Trustee    United States Trustee bestcasestephen@gmail.com
    STEPHEN MATTHEW DUNNE    on behalf of Debtor Douglas W Parker bestcasestephen@gmail.com
    STEPHEN MATTHEW DUNNE    on behalf of Joint Debtor Virlene S Parker bestcasestephen@gmail.com
    THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
    WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc. mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
    TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | In re: |
| DOUGLAS W. PARKER AND VIRLENE S. PARKER, | Chapter 13 |
| Debtors. | Bankruptcy No. 15-14323-MDC |

**ORDER APPROVING STIPULATION RESOLVING
MOTION FOR RELIEF FROM AUTOMATIC STAY**

And now, this  19th  day of  May , 2017  the terms and conditions of the foregoing stipulation are hereby approved by the Court.

_____
Hon. Magdeline D. Coleman
United States Bankruptcy Judge
Eastern District of Pennsylvania