United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 15-14323-mdc
Douglas W Parker   Chapter 13
Virlene S Parker
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP                    Page 1 of 1                   Date Rcvd: Jun 22, 2017
                              Form ID: pdf900                Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.
db         +Douglas W Parker,   4013 North 12th Street,   Philadelphia, PA 19140-2101
jdb        +Virlene S Parker,   46 Township Line Road, Apt. 330,   Elkins Park, PA 19027-2236
op         +Richard K Washington, Jr.,   1650 Market Street,   ste 3600,   Philadelphia, PA 19103-7334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance, a division of Capital One
               N.A. tshariff@schillerknapp.com,   ahight@schillerknapp.com
              MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com,
               ahight@schillerknapp.com
              STEPHEN MATTHEW DUNNE    on behalf of Trustee WILLIAM C. MILLER, Esq. bestcasestephen@gmail.com
              STEPHEN MATTHEW DUNNE    on behalf of U.S. Trustee    United States Trustee
               bestcasestephen@gmail.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Douglas W Parker bestcasestephen@gmail.com
              STEPHEN MATTHEW DUNNE    on behalf of Joint Debtor Virlene S Parker bestcasestephen@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| DOUGLAS W. PARKER | : | |
| VIRLENE S. PARKER | : | |
|     DEBTORS | : | CASE NO: 15-14323-MDC |
| | : | |

## ORDER

AND NOW, this 22nd day of June 2017, upon consideration of the Trustee's Objection to Exemption pursuant to 11 U.S.C. § 522(l), the Debtor will provide $3,554.46 to the Chapter 13 Trustee on behalf of the unsecured creditors as those funds are non-exempt as they are pre-petition funds not covered by 11 U.S.C. § 522(d)(11)(E).

It is hereby ORDERED and DECREED that Richard K. Washington, Jr., Esquire shall remit $3,554.46 to the Chapter 13 Trustee and the remaining balance shall be distributed to the debtor upon entry of this order.

BY THE COURT

_Magdeline D. C_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:    William C. Miller, Esq.
       Chapter 13 Trustee
       1234 Market Street, Suite 1813
       Philadelphia, PA 19107