UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  DOUGLAS W PARKER<br>VIRLENE S PARKER | CASE NO: 15-14323<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 103<br>Judge: Magdeline D. Coleman<br>Hearing Location: United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299, Courtroom No. 2<br>Hearing Date: 12/7/2017<br>Hearing Time: 11:00 AM<br>Response Date: 11/29/2017 |

On 11/16/2017, I did cause a copy of the following documents, described below,

Notice of Motion; Motion; and Proposed Order regarding Debtor's Motion to Incur New Debt, 103

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 11/16/2017

/s/ Stephen M. Dunne
Stephen M. Dunne  208838
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA  19102-0000
215 551 7109
stephen@dunnelawoffices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOUGLAS W PARKER<br>VIRLENE S PARKER | CASE NO: 15-14323<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 103<br>Judge: Magdeline D. Coleman<br>Hearing Location: United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299, Courtroom No. 2<br>Hearing Date: 12/7/2017 |

On 11/16/2017, a copy of the following documents, described below,

Notice of Motion; Motion; and Proposed Order regarding Debtor's Motion to Incur New Debt, 103

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/16/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dunne Law Offices, P.C.
Stephen M. Dunne
1515 Market Street, Suite 1200
Philadelphia, PA  19102-0000

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

*CASE INFO*

| | | |
|---|---|---|
| 1 LABEL MATRIX FOR LOCAL NOTICING<br>03132<br>CASE 15-14323-MDC<br>EASTERN DISTRICT OF PENNSYLVANIA<br>PHILADELPHIA<br>THU NOV 16 09-16-23 EST 2017 | 2 CAPITAL ONE AUTO FINANCE<br>PO BOX 201347<br>ARLINGTON TX 76006-1347 | 3 PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 |
| 4 SANTANDER CONSUMER USA INC<br>PO BOX 562088 SUITE 900 NORTH<br>DALLAS TX 75356-2088 | 5 SANTANDER CONSUMER USA INC<br>PO BOX 560284<br>DALLAS TX 75356-0284 | 6 PHILADELPHIA<br>900 MARKET STREET<br>SUITE 400<br>PHILADELPHIA PA 19107-4233 |
| 7 AESBARCLAYS BANK PLC<br>PO BOX 61047<br>HARRISBURG PA 17106-1047 | 8 AMERICAN INFOSOURCE LP AS AGENT FOR VERIZON<br>PO BOX 248838<br>OKLAHOMA CITY OK 73124-8838 | 9 ATLAS ACQUISITIONS LLC<br>ON BEHALF OF OLIPHANT FINANCIAL LLC<br>294 UNION ST<br>HACKENSACK NJ 07601-4303 |
| 10 BANK OF AMERICA<br>1800 TAPO CANYON RD<br>SIMI VALLEY CA 93063-6712 | 11 BANK OF AMERICA<br>ATTN CORRESPONDENCE UNITCA69190241<br>PO BOX 5170<br>SIMI VALLEY CA 93062-5170 | 12 CITY OF PHILADELPHIA LAW DEPARTMENT TAX UN<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F KENNEDY BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1640 |
| 13 CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | 14 CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | 15 CAPITAL ONE<br>PO BOX 30253<br>SALT LAKE CITY UT 84130-0253 |
| 16 CAPITAL ONE AUTO FINANCE<br>3905 N DALLAS PKWY<br>PLANO TX 75093-7892 | 17 CAPITAL ONE AUTO FINANCE<br>CREDIT BUREAU DISP<br>PLANO TX 75025 | 18 CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI<br>PO BOX 201347<br>ARLINGTON TX 76006-1347 |
| 19 CAPITAL ONE AUTO FINANCE CO<br>ASCENSION CAPI<br>PO BOX 201347<br>ARLINGTON TX 76006-1347 | 20 CHASE AUTO<br>ATTN NATIONAL BANKRUPTCY DEPT<br>PO BOX 29505<br>PHOENIX AZ 85038-9505 | 21 CHASE AUTO<br>PO BOX 901003<br>FORT WORTH TX 76101-2003 |
| 22 CHESTNUT HILL HOSPITAL<br>8835 GERMANTOWN AVENUE<br>PHILADELPHIA PA 19118-2765 | 23 CITY OF PHILADELPHIA<br>TAXPAYER SERVICES<br>1401 JFK BOULEVARD<br>PHILADELPHIA PA 19102 | 24 COMENITY BANKNEW YORK COMPANY<br>ATTENTION BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| 25 COMENITY BANKNEW YORK COMPANY<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | 26 COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF LABOR AND INDUSTRY<br>1400 SPRING GARDEN STREET<br>PHILADELPHIA PA 19130-4402 | 27 CONRAD CR CO<br>476 W VERMONT AVE<br>ESCONDIDO CA 92025-6529 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28 CONRAD CR CO                      29 DELMARVA COLLEGE                  30 ECMC
ATTNBANKRUPTCY DEPT                  POB 37                               101 E FIFTH ST
476 W VERMONT AVE                    SALISBURY MD 21803-0037              SAINT PAUL MN 55101-7515
ESCONDIDO CA 92025-6529



31 ECMC                              32 EINSTEIN HEALTHCARE NETWORK       33 EINSTEIN HEALTHCARE NETWORK
PO BOX 16408                         101 E OLNEY AVENUE                   5501 OLD YORK ROAD
ST PAUL MN 55116-0408                SUITE 301                            PHILADELPHIA PA 19141-3018
                                     PHILADELPHIA PA 19120-2470



34 FIRST PREMIER BANK                35 GINNYSSWISS COLONY INC            36 GINNYSSWISS COLONY INC
601 S MINNESOTA AVE                  1112 7TH AVE                         ATTN BANKRUPTCY
SIOUX FALLS SD 57104-4868            MONROE WI 53566-1364                 1112 7TH AVE
                                                                          MONROE WI 53566-1364



37 GRIMLEY FINANCIAL CORPORATION     38 INTERNAL REVENUE SERVICE          39 JEFFERSON HOSPITAL
30 WASHINGTON AVENUE                 CENTRALIZED INSOLVENCY OPERATIONS    PO BOX 85003100
SUITE C-6                            PO BOX 7346                          PHILADELPHIA PA 19178-0001
HADDONFIELD NJ 08033-3341            PHILADELPHIA PA 19101-7346



40 LVNV FUNDING LLC ITS SUCCESSORS AND    41 LVNV FUNDING LLC             42 MT BANK
ASSIGNS                              625 PILOT ROAD SUITE 23              LEGAL DOCUMENT PROCESSING
ASSIGNEE OF NCOP XI LLC              LAS VEGAS NV 89119-4485              1100 WHERLE DRIVE
RESURGENT CAPITAL SERVICES                                                WILLIAMSVILLE NY 14221-7748
PO BOX 10587
GREENVILLE SC 29603-0587



43 MIDLAND FUNDING                   44 NATIONAL CREDIT ADJUST            45 NATIONAL CREDIT ADJUST
8875 AERO DR STE 200                 PO BOX 550                           PO BOX 3023
SAN DIEGO CA 92123-2255              HUTCHINSON KS 67504-0550             HUTCHINSON KS 67504-3023



46 NATIONAL CREDIT ADJUSTERS LLC     47 OFFICE OF UC BENEFITS             48 PECO
ATTN MICHAEL SWANSON                 CLAIMAINT SERVICES                   2301 MARKET STREET N31
PO BOX 3023                          PO BOX 67503                         PHILADELPHIA PA 19103-1380
HUTCHINSON KS 67504-3023             HARRISBURG PA 17106-7503



49 PECO ENERGY COMPANY               50 PENN MEDICINE                     51 PENN MEDICINE
ATTN MERRICK FRIEL                   PO BOX 824406                        UPHS PHYSICIANS PATIENT PAY
2301 MARKET STREET S23-1             PHILADELPHIA PA 19182-4406           PO BOX 824406
PHILADELPHIA PA 19103-1380                                                PHILADELPHIA PA 19182-4406



52 PHILADELPHIA GAS WORKS            53 PREMIER BANKCARD LLC              54 PROFESSNL ACCT MGMT IN
800 W MONTGOMERY AVE                 C O JEFFERSON CAPITAL SYSTEMS LLC    633 W WISCONSIN AV
PHILA PA 19122-2898                  PO BOX 7999                          MILWAUKEE WI 53203-1920
                                     SAINT CLOUD MN 56302-7999
```

PARTIES DESIGNATED AS "FIRST CLASS MAIL" HAVE BEEN SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 55 PROFESSNL ACCT MGMT IN<br>PAM PO BOX 391<br>MILWAUKEE WI 53201-0391 | 56 SANTANDER CONSUMER USA<br>PO BOX 961245<br>FT WORTH TX 76161-0244 | 57 SEVENTH AVENUE<br>1112 7TH AVE<br>MONROE WI 53566-1364 |
| 58 SLM FINANCIAL CORP<br>PO BOX 9500<br>WILKES BARRE PA 18773-9500 | 59 TD AUTO FINANCE<br>2777 FRANKLIN RD<br>FARMINGTON HILLS MI 48334 | 60 TNB    TARGET<br>CO TARGET CREDIT SERVICES<br>MINNEAPOLIS MN 55440 |
| 61 UNITED STATES TRUSTEE<br>OFFICE OF THE US TRUSTEE<br>833 CHESTNUT STREET<br>SUITE 500<br>PHILADELPHIA PA 19107-4405 | 62 UNIVERSITY OF PENNSYLVANIA<br>PO BOX 759500<br>PHILADELPHIA PA 19175-0001 | 63 VERIZON<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING MO 63304-2225 |

*DEBTOR*

| | | |
|---|---|---|
| 64 DOUGLAS W PARKER<br>4013 NORTH 12TH STREET<br>PHILADELPHIA PA 19140-2101 | 65 RICHARD K WASHINGTON JR<br>1650 MARKET STREET<br>STE 3600<br>PHILADELPHIA PA 19103-7334 | 66 STEPHEN MATTHEW DUNNE<br>DUNNE LAW OFFICES PC<br>1515 MARKET STREET<br>SUITE 1200<br>PHILADELPHIA PA 19102-1932 |
| 67 VIRLENE S PARKER<br>46 TOWNSHIP LINE ROAD APT 330<br>ELKINS PARK PA 19027-2236 | 68 WILLIAM C MILLER ESQ<br>CHAPTER 13 TRUSTEE<br>1234 MARKET STREET<br>SUITE 1813<br>PHILADELPHIA PA 19107-3704 | |