IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| DOUGLAS W. PARKER | : | |
| VIRLENE S. PARKER | : | |
| Debtor | : | CASE NO:   15-14323-MDC |

### ORDER

AND NOW, upon consideration of Debtor's Motion to Incur New Debt and Respondents' response, if any, it is hereby ORDERED that Debtor's Motion is GRANTED.

**IT IS SO ORDERED.**

BY THE COURT

_Magdeline D. C_____  12/7/17_
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:   William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107