United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Douglas W Parker  
Virlene S Parker  
       Debtors

Case No. 15-14323-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP        Page 1 of 1        Date Rcvd: Dec 08, 2017
                 Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2017.
```
db            +Douglas W Parker,    4013 North 12th Street,    Philadelphia, PA 19140-2101
jdb           +Virlene S Parker,    46 Township Line Road, Apt. 330,    Elkins Park, PA 19027-2236
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance, a division of Capital One
               N.A. tshariff@schillerknapp.com,    ahight@schillerknapp.com;kcollins@schillerknapp.com
              MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com,
               ahight@schillerknapp.com;kcollins@schillerknapp.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              STEPHEN MATTHEW DUNNE    on behalf of Trustee WILLIAM C. MILLER, Esq. bestcasestephen@gmail.com
              STEPHEN MATTHEW DUNNE    on behalf of U.S. Trustee    United States Trustee
               bestcasestephen@gmail.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Douglas W Parker bestcasestephen@gmail.com
              STEPHEN MATTHEW DUNNE    on behalf of Joint Debtor Virlene S Parker bestcasestephen@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 15
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| DOUGLAS W. PARKER | : | |
| VIRLENE S. PARKER | : | |
|    Debtor | : | CASE NO:    15-14323-MDC |

### ORDER

AND NOW, upon consideration of Debtor's Motion to Incur New Debt and Respondents' response, if any, it is hereby ORDERED that Debtor's Motion is GRANTED.

**IT IS SO ORDERED.**

BY THE COURT

_(signed)_ Magdeline D. C_____ 12/7/17
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:    William C. Miller, Esq.
      Chapter 13 Trustee
      1234 Market Street, Suite 1813
      Philadelphia, PA 19107