## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DOUGLAS W. PARKER | : | |
| VIRLENE S. PARKER | : | BK. NO. 15-14323-MDC |
| DEBTORS | : | |

### DEBTORS' NOTICE TO CONVERT CASE
### FROM CHAPTER 7 TO CHAPTER 13

The Debtors, pursuant to 11 U.S.C. § 1307(a), hereby elect to convert the above-captioned chapter 7 case to a case under chapter 13 of the Bankruptcy Code. The Debtors are entitled to convert their case because:

1. This case, filed on 06/18/15, is a chapter 7 case under the Bankruptcy Code.

2. The Debtors are eligible to be debtors under chapter 13 of the Bankruptcy Code.

WHEREFORE, the Debtors pray for relief under chapter 13 of the Bankruptcy Code.


BY:/s/ *Stephen M. Dunne*
Stephen M. Dunne, Esquire
1515 Market Street, Suite. 1200
Philadelphia, PA 19102
**Date: May 17, 2018**          (215) 551-7109