**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| DOUGLAS W. PARKER | : | |
| VIRLENE S. PARKER | : | |
|     DEBTORS | : | CASE NO:    15-14323-MDC |
| | : | |

**ORDER**

AND NOW, this _____ day of _____ 2018, upon consideration of the Debtors election pursuant to 11 U.S.C. § 1307(a) to convert the above-captioned chapter 7 case to a case under chapter 13 of the Bankruptcy Code,

It is hereby ORDERED and DECREED that this case shall be converted to a chapter 13 case under the Bankruptcy Code.

                                                                          **BY THE COURT**

                                                                          Hon. Magdeline D. Coleman
                                                                          U.S. BANKRUPTCY JUDGE

cc:    William C. Miller, Esq.
        Chapter 13 Trustee
        1234 Market Street, Suite 1813
        Philadelphia, PA 19107