### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | : | **CHAPTER 7** |
| **DOUGLAS W. PARKER** | : | |
| **VIRLENE S. PARKER** | : | |
| **DEBTORS** | : | **CASE NO:   15-14323-MDC** |

### CERTIFICATION OF NO RESPONSE

I, STEPHEN M. DUNNE, ESQUIRE, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Debtors' Motion to Convert from Chapter 7 to Chapter 13 and Notice of Hearing.

Respectfully submitted:

DUNNE LAW OFFICES. P.C.

Dated: June 12, 2018

By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
Attorney for Debtor
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109  Phone