## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | : | **CHAPTER 7** |
| **DOUGLAS W. PARKER** | : | |
| **VIRLENE S. PARKER** | : | |
| **DEBTORS** | : | **CASE NO:    15-14323-MDC** |
| | : | |

## ORDER

AND NOW, this ____ _13 ⅞_ ____ day of ____ _June_ ____ 2018, upon consideration of the

Debtors election pursuant to 11 U.S.C. § 1307(a) to convert the above-captioned chapter 7 case

to a case under chapter 13 of the Bankruptcy Code,

It is hereby ORDERED and DECREED that this case shall be converted to a chapter 13 case

under the Bankruptcy Code.

BY THE COURT

_Magdeline D. C_

Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:     William C. Miller, Esq.
        Chapter 13 Trustee
        1234 Market Street, Suite 1813
        Philadelphia, PA 19107