United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Douglas W Parker
Virlene S Parker
    Debtors

Case No. 15-14323-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Jun 14, 2018
Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
db     +Douglas W Parker,    4013 North 12th Street,    Philadelphia, PA 19140-2101
jdb    +Virlene S Parker,    46 Township Line Road, Apt. 330,    Elkins Park, PA 19027-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
         JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
         MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance, a division of Capital One N.A. ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
         MARTIN A. MOONEY    on behalf of Creditor    Capital One Auto Finance ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
         STEPHEN MATTHEW DUNNE    on behalf of Trustee WILLIAM C. MILLER, Esq. bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com
         STEPHEN MATTHEW DUNNE    on behalf of U.S. Trustee    United States Trustee bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com
         STEPHEN MATTHEW DUNNE    on behalf of Debtor Douglas W Parker bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com
         STEPHEN MATTHEW DUNNE    on behalf of Joint Debtor Virlene S Parker bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com
         THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
         TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| DOUGLAS W. PARKER | : | |
| VIRLENE S. PARKER | : | |
| DEBTORS | : | CASE NO:  15-14323-MDC |
| | : | |

## ORDER

AND NOW, this \_\_\_13th\_\_\_ day of \_\_\_June\_\_\_ 2018, upon consideration of the Debtors election pursuant to 11 U.S.C. § 1307(a) to convert the above-captioned chapter 7 case to a case under chapter 13 of the Bankruptcy Code,

It is hereby ORDERED and DECREED that this case shall be converted to a chapter 13 case under the Bankruptcy Code.

BY THE COURT

*Magdeline D. C*———
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:   William C. Miller, Esq.
      Chapter 13 Trustee
      1234 Market Street, Suite 1813
      Philadelphia, PA 19107