United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Douglas W Parker  
Virlene S Parker  
    Debtors

Case No. 15-14323-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 5  
Date Rcvd: Jan 15, 2021      Form ID: 138NEW      Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas W Parker, 4013 North 12th Street, Philadelphia, PA 19140-2101 |
| jdb | #+ | Virlene S Parker, 46 Township Line Road, Apt. 330, Elkins Park, PA 19027-2236 |
| op | + | Richard K Washington, Jr., 1650 Market Street, ste 3600, Philadelphia, PA 19103-7334 |
| cr | + | Santander Consumer USA, Inc., P.O. Box 562088, Suite 900 North, Dallas, TX 75356-2088 |
| 13548532 | + | Aes/barclays Bank Plc, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13548534 | + | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 13548535 | #+ | Bank of America, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 13548542 | | Capital One Auto Finance, Credit Bureau Disp, Plano, TX 75025 |
| 13548545 | + | Chestnut Hill Hospital, 8835 Germantown Avenue, Philadelphia, PA 19118-2765 |
| 13548549 | + | Commonwealth of Pennsylvania, Department of Labor and Industry, 1400 Spring Garden Street, Philadelphia, PA 19130-4402 |
| 13548553 | #+ | Delmarva College, Pob 37, Salisbury, MD 21803-0037 |
| 13548554 | + | Ecmc, Po Box 16408, St. Paul, MN 55116-0408 |
| 13548556 | + | Ecmc, 101 E Fifth St, Saint Paul, MN 55101-7515 |
| 13548560 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13548563 | + | Grimley Financial Corporation, 30 Washington Avenue, Suite C-6, Haddonfield, NJ 08033-3341 |
| 13548566 | + | Jefferson Hospital, PO BOX 8500-3100, Philadelphia, PA 19178-0001 |
| 13548574 | + | Office of UC Benefits, Claimaint Services, PO BOX 67503, Harrisburg, PA 17106-7503 |
| 13548576 | + | PENN MEDICINE, PO BOX 824406, Philadelphia, PA 19182-4406 |
| 13548577 | + | Penn Medicine, UPHS Physicians Patient Pay, PO BOX 824406, Philadelphia, PA 19182-4406 |
| 13565642 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13548578 | + | Professnl Acct Mgmt In, Pam Po Box 391, Milwaukee, WI 53201-0391 |
| 13548579 | + | Professnl Acct Mgmt In, 633 W Wisconsin Av, Milwaukee, WI 53203-1920 |
| 13569152 | + | SANTANDER CONSUMER USA INC., P.O. BOX 560284, DALLAS, TX 75356-0284 |
| 13548580 | + | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 13548585 | | Td Auto Finance, 2777 Franklin Rd., Farmington Hills, MI 48334 |
| 13548586 | | Tnb - Target, C/o Target Credit Services, Minneapolis, MN 55440 |
| 13548587 | + | University of Pennsylvania, PO BOX 759500, Philadelphia, PA 19175-0001 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: bncnotice@ph13trustee.com | Jan 16 2021 02:57:00 | WILLIAM C. MILLER, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |
| smg | | Email/Text: megan.harper@phila.gov | Jan 16 2021 02:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2021 02:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |

Case 15-14323-mdc    Doc 135    Filed 01/17/21    Entered 01/18/21 00:43:41    Desc
Imaged Certificate of Notice    Page 2 of 6

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 5 |
| Date Rcvd: Jan 15, 2021 | Form ID: 138NEW | Total Noticed: 71 |

| ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jan 16 2021 02:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 16 2021 03:14:10 | Capital One Auto Finance, P.O. Box 201347, Arlington, TX 76006-1347 |
| cr | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 16 2021 03:15:37 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| 13566761 | Email/Text: bnc@atlasacq.com | Jan 16 2021 02:56:00 | Atlas Acquisitions LLC, on behalf of Oliphant Financial, LLC, 294 Union St., Hackensack, NJ 07601 |
| 13588487 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 16 2021 03:13:10 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13548539 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 16 2021 03:14:08 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13639593 | + Email/Text: megan.harper@phila.gov | Jan 16 2021 02:56:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13548536 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 16 2021 03:14:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13548537 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 16 2021 03:14:07 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13582181 | + Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 16 2021 03:12:35 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 13548541 | + Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jan 16 2021 03:12:36 | Capital One Auto Finance, 3905 N Dallas Pkwy, Plano, TX 75093-7892 |
| 13551387 | + Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 16 2021 03:15:38 | Capital One Auto Finance, a division of Capital On, P.O. Box 201347, Arlington, TX 76006-1347 |
| 13548544 | + Email/Text: bk.notifications@jpmchase.com | Jan 16 2021 02:56:00 | Chase auto, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 13548543 | + Email/Text: bk.notifications@jpmchase.com | Jan 16 2021 02:56:00 | Chase auto, Attn: National Bankruptcy Dept, Po Box 29505, Phoenix, AZ 85038-9505 |
| 13548546 | Email/Text: megan.harper@phila.gov | Jan 16 2021 02:56:00 | City Of Philadelphia, Taxpayer Services, 1401 J.F.K. Boulevard, Philadelphia, PA 19102 |
| 13548547 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2021 02:56:00 | Comenity Bank/New York & Company, Attention: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 13548548 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2021 02:56:00 | Comenity Bank/New York & Company, Po Box 182789, Columbus, OH 43218-2789 |
| 13548552 | + Email/Text: pmiller@conradco.com | Jan 16 2021 02:56:43 | Conrad Cr Co, 476 W Vermont Ave, Escondido, CA 92025-6529 |
| 13548551 | + Email/Text: pmiller@conradco.com | Jan 16 2021 02:56:14 | Conrad Cr Co, Attn:Bankruptcy Dept, 476 W Vermont Ave, Escondido, CA 92025-6529 |
| 13548558 | + Email/Text: tropiann@einstein.edu | Jan 16 2021 02:56:00 | Einstein Healthcare Network, 5501 Old York Road, Philadelphia, PA 19141-3018 |
| 13548559 | + Email/Text: tropiann@einstein.edu | Jan 16 2021 02:56:00 | Einstein Healthcare Network, 101 E Olney Avenue, Suite 301, Philadelphia, PA 19120-2470 |
| 13548561 | + Email/Text: bankruptcy@sccompanies.com | Jan 16 2021 02:57:00 | Ginnys/Swiss Colony Inc, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13548562 | + Email/Text: bankruptcy@sccompanies.com | Jan 16 2021 02:57:00 | Ginnys/Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |

Case 15-14323-mdc   Doc 135   Filed 01/17/21   Entered 01/18/21 00:43:41   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: 138NEW | Total Noticed: 71 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13548565 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2021 02:56:00 | Internal Revenue Service, PO BOX 21126, Philadelphia, PA 19114 |
| 13631754 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2021 03:15:39 | LVNV Funding, LLC its successors and assigns as, assignee of NCOP XI, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13548567 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2021 03:12:36 | Lvnv Funding Llc, 625 Pilot Road Suite 2/3, Las Vegas, NV 89119-4485 |
| 13548569 | | Email/Text: camanagement@mtb.com | Jan 16 2021 02:56:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 13548568 | | Email/Text: camanagement@mtb.com | Jan 16 2021 02:56:00 | M & T Bank, Attn: Bankruptcy, 1100 Wehrle Dr 2nd Floor, Williamsville, NY 14221 |
| 13561401 | | Email/Text: camanagement@mtb.com | Jan 16 2021 02:56:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 13548570 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2021 02:56:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13548572 | + | Email/Text: bankruptcy@ncaks.com | Jan 16 2021 02:55:00 | National Credit Adjust, Po Box 3023, Hutchinson, KS 67504-3023 |
| 13548573 | + | Email/Text: bankruptcy@ncaks.com | Jan 16 2021 02:55:00 | National Credit Adjust, P.o. Box 550, Hutchinson, KS 67504-0550 |
| 13564702 | + | Email/Text: bankruptcy@ncaks.com | Jan 16 2021 02:55:00 | National Credit Adjusters, LLC, ATTN: Michael Swanson, PO BOX 3023, Hutchinson, KS 67504-3023 |
| 14279991 | + | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2021 02:56:00 | Oliphant Financial, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13548575 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 16 2021 02:56:00 | PECO, 2301 Market Street, N3-1, Philadelphia, PA 19103-1380 |
| 13576844 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 16 2021 02:56:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13625008 | | Email/Text: peritus@ebn.phinsolutions.com | Jan 16 2021 02:57:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 13602129 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 16 2021 02:56:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13548582 | + | Email/Text: bankruptcy@sccompanies.com | Jan 16 2021 02:57:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13548583 | + | Email/PDF: pa_dc_claims@navient.com | Jan 16 2021 03:15:38 | Slm Financial Corp, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 13548588 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 16 2021 02:55:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Oliphant Financial, PO Box 788, Kirkland, WA 98083-0788 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | Santander Consumer USA, Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 13548533 | *+ | Aes/barclays Bank Plc, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13548540 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13548538 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13548550 | *+ | Commonwealth of Pennsylvania, Department of Labor and Industry, 1400 Spring Garden Street, Philadelphia, PA 19130-4402 |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: 138NEW | Total Noticed: 71 |

| | | |
|---|---|---|
| 13548555 | *+ | Ecmc, Po Box 16408, St. Paul, MN 55116-0408 |
| 13548557 | *+ | Ecmc, 101 E Fifth St, Saint Paul, MN 55101-7515 |
| 13548564 | *+ | Grimley Financial Corporation, 30 Washington Avenue, Suite C-6, Haddonfield, NJ 08033-3341 |
| 13548571 | *+ | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13548581 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 13548584 | *+ | Slm Financial Corp, Po Box 9500, Wilkes Barre, PA 18773-9500 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor Lakeview Loan Servicing  LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| MARTIN A. MOONEY | on behalf of Creditor Capital One Auto Finance  a division of Capital One N.A. lgadomski@schillerknapp.com, kcollins@schillerknapp.com |
| MARTIN A. MOONEY | on behalf of Creditor Capital One Auto Finance lgadomski@schillerknapp.com  kcollins@schillerknapp.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| STEPHEN MATTHEW DUNNE | on behalf of U.S. Trustee United States Trustee bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Douglas W Parker bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| STEPHEN MATTHEW DUNNE | on behalf of Joint Debtor Virlene S Parker bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| STEPHEN MATTHEW DUNNE | on behalf of Trustee WILLIAM C. MILLER  Esq. bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com |
| THOMAS I. PULEO | on behalf of Creditor Lakeview Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2 | User: admin | Page 5 of 5
Date Rcvd: Jan 15, 2021 | Form ID: 138NEW | Total Noticed: 71

WILLIAM EDWARD CRAIG
                  on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Douglas W Parker and Virlene S Parker

       Debtor(s)

Bankruptcy No: 15−14323−mdc

Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                           Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                      For The Court
                                               Timothy B. McGrath
                                                Clerk of Court

Dated: 1/15/21

                                                                                134 − 133
                                                                          Form 138_new