United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-14323-mdc |
| Douglas W Parker | Chapter 13 |
| Virlene S Parker | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 05, 2021 | Form ID: 3180W | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas W Parker, 4013 North 12th Street, Philadelphia, PA 19140-2101 |
| jdb | #+ | Virlene S Parker, 46 Township Line Road, Apt. 330, Elkins Park, PA 19027-2236 |
| 13565642 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy Dept 3F |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: bncnotice@ph13trustee.com | Feb 06 2021 05:24:00 | WILLIAM C. MILLER, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |
| smg | | Email/Text: megan.harper@phila.gov | Feb 06 2021 05:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Feb 06 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2021 05:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 06 2021 05:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13566761 | | EDI: ATLASACQU | Feb 06 2021 04:13:00 | Atlas Acquisitions LLC, on behalf of Oliphant Financial, LLC, 294 Union St., Hackensack, NJ 07601 |
| 13588487 | | EDI: AIS.COM | Feb 06 2021 04:23:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13639593 | + | Email/Text: megan.harper@phila.gov | Feb 06 2021 05:23:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13582181 | + | EDI: AISACG.COM | Feb 06 2021 04:13:00 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 13548554 | + | EDI: ECMC.COM | Feb 06 2021 04:13:00 | Ecmc, Po Box 16408, St. Paul, MN 55116-0408 |
| 13548565 | | EDI: IRS.COM | Feb 06 2021 04:13:00 | Internal Revenue Service, PO BOX 21126, Philadelphia, PA 19114 |
| 13631754 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2021 04:46:47 | LVNV Funding, LLC its successors and assigns |

| | | | | |
|---|---|---|---|---|
| | | | | as, assignee of NCOP XI, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13561401 | | Email/Text: camanagement@mtb.com | Feb 06 2021 05:22:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 13564702 | + | Email/Text: bankruptcy@ncaks.com | Feb 06 2021 05:22:00 | National Credit Adjusters, LLC, ATTN: Michael Swanson, PO BOX 3023, Hutchinson, KS 67504-3023 |
| 13576844 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 06 2021 05:22:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13625008 | | Email/Text: peritus@ebn.phinsolutions.com | Feb 06 2021 05:24:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 13602129 | + | EDI: JEFFERSONCAP.COM | Feb 06 2021 04:23:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13569152 | + | EDI: DRIV.COM | Feb 06 2021 04:23:00 | SANTANDER CONSUMER USA INC., P.O. BOX 560284, DALLAS, TX 75356-0284 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 07, 2021   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor Lakeview Loan Servicing LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| MARTIN A. MOONEY | on behalf of Creditor Capital One Auto Finance a division of Capital One N.A. lgadomski@schillerknapp.com, kcollins@schillerknapp.com |
| MARTIN A. MOONEY | on behalf of Creditor Capital One Auto Finance lgadomski@schillerknapp.com kcollins@schillerknapp.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 05, 2021 | Form ID: 3180W | Total Noticed: 20 |

STEPHEN MATTHEW DUNNE
    on behalf of U.S. Trustee United States Trustee bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com

STEPHEN MATTHEW DUNNE
    on behalf of Debtor Douglas W Parker bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com

STEPHEN MATTHEW DUNNE
    on behalf of Joint Debtor Virlene S Parker bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com

STEPHEN MATTHEW DUNNE
    on behalf of Trustee WILLIAM C. MILLER  Esq. bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com

THOMAS I. PULEO
    on behalf of Creditor Lakeview Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 15

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Douglas W Parker<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8120<br>EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | Virlene S Parker<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2952<br>EIN    _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court    Eastern District of Pennsylvania | | | |
| Case number:    15–14323–mdc | | | |

# Order of Discharge                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Douglas W Parker                                Virlene S Parker

2/5/21                                **By the court:** Magdeline D. Coleman
                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2