United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 15-14323-mdc

Douglas W Parker                                            Chapter 13

Virlene S Parker

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                   User: admin                                   Page 1 of 2

Date Rcvd: Feb 17, 2021                           Form ID: 195                               Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas W Parker, 4013 North 12th Street, Philadelphia, PA 19140-2101 |
| jdb | #+ | Virlene S Parker, 46 Township Line Road, Apt. 330, Elkins Park, PA 19027-2236 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2021                                 Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor Lakeview Loan Servicing LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| MARTIN A. MOONEY | on behalf of Creditor Capital One Auto Finance a division of Capital One N.A. lgadomski@schillerknapp.com, |

|  |  |
|---|---|
|  | kcollins@schillerknapp.com |
| MARTIN A. MOONEY | on behalf of Creditor Capital One Auto Finance lgadomski@schillerknapp.com  kcollins@schillerknapp.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| STEPHEN MATTHEW DUNNE | on behalf of Trustee WILLIAM C. MILLER  Esq. bestcasestephen@gmail.com, dunnesr74587@notify.bestcase.com |
| STEPHEN MATTHEW DUNNE | on behalf of U.S. Trustee United States Trustee bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Douglas W Parker bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| STEPHEN MATTHEW DUNNE | on behalf of Joint Debtor Virlene S Parker bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| THOMAS I. PULEO | on behalf of Creditor Lakeview Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Douglas W Parker and Virlene S Parker  : Case No. 15−14323−mdc

    Debtor(s)

### *ORDER*
_____

AND NOW, this day , February 17, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

138
Form 195